UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF MISSISSIPPI

FILED
APR 23 2009
DAVID ᴄʀᴇᴡ, CLERK
By ᴀdams
Deputy

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:09CR065

TYPHON ARMSTRONG
GABRIEL GUYTON
DEARTRIUS JONES

### INDICTMENT

The Grand Jury charges that:

**Count One**

On or about November 7, 2005, in the Northern District of Mississippi, GABRIEL GUYTON, defendant herein, did knowingly and intentionally distribute in excess of five (5) grams of a mixture and substance containing cocaine base (crack cocaine), a Schedule II narcotic controlled substance, in violation of Title 21, United States Code, Section 841(a) and (B)(1)(B).

**Count Two**

On or about June 13, 2006, in the Northern District of Mississippi, TYPHON ARMSTRONG, GABRIEL GUYTON, and DEARTRIUS JONES, defendants herein, did knowingly and willfully conspire with each other and persons known and unknown to the grand jury to possess with intent to distribute and to distribute a mixture and substance containing cocaine base (crack cocaine), a Schedule II narcotic controlled substance, in violation of Title 21, United States Code, Sections 846 and 841(a)(1), (b)(1)(C).

**Count Three**

On or about June 13, 2006, in the Northern District of Mississippi, TYPHON ARMSTRONG, GABRIEL GUYTON, and DEARTRIUS JONES, defendants, aided and abetted by each other, did knowingly and intentionally distribute in excess of fifty (50) grams of a mixture and substance containing cocaine base (crack cocaine), a Schedule II narcotic controlled substance, all in violation of Title 18, United States Code, Section 2 and Title 21, United States Code, Section 841(a) and (b)(1)(A).

**Forfeiture Provision**

This indictment charges the defendants, TYPHON ARMSTRONG, GABRIEL GUYTON, and DEARTRIUS JONES, with violations of Title 21, United States Code, Section 841(a)(1). Pursuant to Title 21, United States Code, Section 853, upon conviction of any said violations of the law, defendant shall forfeit to the United States (1) any property obtained, directly or indirectly, as the result of such violation(s), and (2) any of his property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations.

Further, if any of the property described as being subject to forfeiture, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third person;

(c) has been placed beyond the jurisdiction of this Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant.

**A TRUE BILL**

/s/ **SIGNATURE REDACTED**
FOREPERSON

UNITED STATES ATTORNEY